459 A.2d 39

In re Comm. Nat'l Bank.

Appeal of Lori J. Morrison.

Argued January 7, 1983. John McCrea, III, for appellant; Thomas C. Zerbe, for participating party.

Before SPAETH, BECK and JOHNSON, JJ.

The order of the Court is affirmed.